The People of the State of Illinois, Plaintiff-Appellee, *v.* David McGath (Impleaded), Defendant-Appellant.

(Nos. 58202-03 cons.;

First District (5th Division)—May 11, 1973.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, (Bradley Harris and Lee Hettinger, Assistant Public Defenders, of counsel,) for the appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Sharon Grossman, Assistant State's Attorneys, of counsel,) for the People.